# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOHN S. FOREMAN, III and ANDRE C. LEBLANC | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-13-S-BN |
| DENNIS ROGERS and BOOTSTRAP VENTURES, LLC. | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 20]. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore orders the following:

1.      Defendants Dennis Rogers and Bootstrap Ventures, LLC's First Amended Answer [ECF No. 13] is stricken as to Defendant Bootstrap Ventures, LLC only;

2.      Defendant Bootstrap Ventures, LLC is in default;

3.      The Clerk of Court is directed, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant Bootstrap Ventures, LLC; and

1

4.     Plaintiffs John S. Foreman, III and Andre C. Leblanc shall move, by no later than a date 30 days from the date of entry of this order, for default judgment against Defendant Bootstrap Ventures, LLC for failure to appear by and through counsel.

**SO ORDERED.**

SIGNED September 17, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**