# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOHN S. FOREMAN III and ANDRE C. LEBLANC | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-13-S-BN |
| DENNIS ROGERS and BOOTSTRAP VENTURES LLC | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 30. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **ORDERS** the following:

- Defendants Dennis Rogers and Bootstrap Ventures, LLC's First Amended Answer [ECF No. 13] is **STRICKEN** as to Defendant Dennis Rogers;

- Defendant Dennis Rogers is in default;

- The Clerk of Court is directed, pursuant to Federal Rule of Civil Procedure 55(a), to enter default against Defendant Dennis Rogers; and

- Plaintiffs John S. Foreman, III and Andre C. Leblanc shall move, by no later than a date 30 days from the date of entry of this order, for default judgment against Defendant Dennis Rogers.

**SO ORDERED.**

SIGNED March 28, 2022.

**UNITED STATES DISTRICT JUDGE**